JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARTIN PERRY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, a California corporation; and DOES 1 through 100, <br><br> Defendant. | Case No. CV 18-6797-GW(MRWx) <br><br> *Assigned to the Honorable George H. Wu* <br><br> **ORDER RE STIPULATED REQUEST FOR DISMISSAL PURSUANT TO SETTLEMENT** <br><br><br> Action Filed: July 6, 2018 <br> Trial Date: None Set |

# ORDER

Having considered the Stipulated Request for Dismissal Pursuant to Settlement Agreement submitted by Plaintiff Martin Perry and Defendants United Parcel Service, Inc., this action is dismissed in its entirety with prejudice, pursuant to the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: January 8, 2019

_____
HON. GEORGE H. WU
United States District Judge